UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITIZENS BANK, N.A., et al.,<br><br>    Petitioners<br><br>v.<br><br>CURTIS C. MAGLEBY,<br><br>    Respondent | Case No.: 2:25-cv-00108-APG-DJA<br><br>**Order (1) Denying Motion to Dismiss as Moot and (2) Setting Briefing Schedule on Petition to Confirm Arbitration Award**<br><br>[ECF No. 13] |

    I ORDER that respondent Curtis Magleby's motion to dismiss **(ECF No. 13) is DENIED as moot** because it requested dismissal or alternatively for a transfer, and this case was transferred to the District of Nevada.

    I FURTHER ORDER that respondent Curtis Magleby shall file a response, if any, to the petition to confirm arbitration award (ECF No. 1) by February 5, 2025.  The petitioners shall file a reply, if any, by February 12, 2025.

    DATED this 21st day of January, 2025.

    ANDREW P. GORDON
    CHIEF UNITED STATES DISTRICT JUDGE